Nicco Capozzi (SBN 275568)
Law Office of Nicco Capozzi
2115 Kern Street, Suite 103
Fresno, CA 93721
Phone: (559) 374-2012
Fax (559) 476-5225
nc@niccocapozzilaw.com

Attorney for Defendant Amador Faalaga

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America**, <br><br>    Plaintiff, <br><br>  vs. <br><br> **Amador Faalaga**, <br><br>    Defendant. | Case No.: 1:15-CR-00319 LJO-SKO (008) <br><br> **STIPULATION MODIFYING CONDITIONS OR RELEASE AND ORDER** |

**To the parties, counsel, and the above-entitled court:**

It is hereby stipulated between the Defendant, Amador Faalaga, by and through his counsel, Nicco. Capozzi, and the Plaintiff, United States of America, by and through Assistant United States Attorney Kathleen Servatius, that Defendant's Conditions of Release be modified to change his location monitoring from "Home Detention" to "Curfew."

The stipulation is also supported by Mr. Ryan Beckwith, United States Pretrial Services Officer.

Dated:    October 3, 2016              /s/Nicco Capozzi
                                       Nicco Capozzi
                                       Attorney for Defendant


Dated:    October 3, 2016              /s/Kathleen Servatius
                                       Kathleen Servatius
                                       Attorney for the United States

## ORDER

**It is hereby ordered** that the following conditions be removed from Mr. Amador Faalaga's conditions of pre-trial release:

> The defendant shall: participate in the following Location Monitoring component and abide by all the requirements of the program, which will include use of a location monitoring system. You shall comply with all instructions for use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO. HOME DETENTION. You shall remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer.

**It is hereby ordered** that the following condition be added to Mr. Amador Faalaga's conditions of pre-trial release:

> You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; CURFEW: You shall remain inside your residence every day from 9:00 PM to 6:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or Court-ordered obligations.

**It is hereby ordered** that all other pre-trial release conditions for defendant Amador Faalaga shall remain in full force and effect.

IT IS SO ORDERED.

Dated: __October 4, 2016__            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE