McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:15-CR-00319 NONE |
|---|---|
| Plaintiff, | STIPULATION FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |
| v. | |
| AMADOR FAALAGA, | |
| Defendant. | |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Amador Faalaga, by and through his attorney, Jaya Gupta, hereby stipulate that the government's response to the defendant's motion for compassionate release shall be filed on or before July 22, 2020.  The defendant's reply shall be due on or before July 29, 2020.

Dated:  July 15, 2020                          Respectfully,

                                               McGREGOR W. SCOTT
                                               United States Attorney

                                               /s/ *Kathleen Servatius*
                                               KATHLEEN A. SERVATIUS
                                               Assistant United States Attorney

Dated:  July 15, 2020                          /s/ *Jaya Gupta*
                                               Jaya Gupta, Attorney for Amador Faalaga

STIPULATION FOR EXTENSION OF TIME AND ORDER THEREON

## **ORDER**

As stipulated by the parties, government's response to the defendant's motion for compassionate release shall be filed on or before July 22, 2020, and the defendant's reply shall be due on or before July 29, 2020.

IT IS SO ORDERED.

Dated: __**July 15, 2020**__          _/s/ Dale A. Drozd_
                                                                         UNITED STATES DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME AND ORDER THEREON