1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,               Case: 1:15-cr-00319-NONE-SKO

12                  Plaintiff,               ORDER REASSIGNING CASE FOR
                                             PURPOSES OF RULING ON MOTION FOR
13          v.                               COMPASSIONATE RELEASE

14   AMADOR FAALAGA, et al.,                 (Doc. No. 195)

15                  Defendant.

16

17          The Local Rules provide that "[a]ctions may be reassigned between Judges on order

18   signed by the transferring and accepting Judges as approved by the Court."  L.R., App. A (f)(1).

19   /////

20   /////

21   /////

22   /////

23   /////

24   /////

25   /////

26   /////

27   /////

28   /////

1

1    In order to ensure the fair distribution of the court's caseload and the efficient resolution

2   of all matters, the court REASSIGNS the above-captioned action to United States Senior District

3   Judge Anthony W. Ishii for purposes of deciding the pending motion for compassionate release.

4   (Doc. No. 195.)  After the motion for compassionate release is ruled upon, the case shall be

5   reassigned back to "unassigned" status for all purposes.

6

7   IT IS SO ORDERED.

8   Dated:   August 30, 2020   _____

9                                  UNITED STATES DISTRICT JUDGE

10  IT IS SO ORDERED.

11  Dated:   August 30, 2020   _____

12                                  SENIOR  DISTRICT  JUDGE

13  IT IS SO ORDERED.

14  Dated:   August 30, 2020   _____

15                                  CHIEF UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2