UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 3, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

AMADOR SAMUELO FAALAGA,

Defendant.

Case No. 1:15-CR-00319-08-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release AMADOR SAMUELO FAALAGA, Case No. 1:15-CR-00319-08-TLN, Charge 18 U.S.C. § 3606, from custody for the following reasons:

____  Release on Personal Recognizance

____  Bail Posted in the Sum of $ _____

____  Unsecured Appearance Bond $ _____

____  Appearance Bond with 10% Deposit

____  Appearance Bond with Surety

____  Corporate Surety Bail Bond

__X__ (Other): To be released forthwith to attend a treatment program.

Issued at Sacramento, California on October 3, 2024.

_____
Troy L. Nunley
Chief United States District Judge